# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DALON V. RODGERS**  **PLAINTIFF**
**ADC #164397**

v.   No: 4:21-cv-00174-PSH

**CHARLES ALLEN,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered in favor of defendants Charles Allen, Terri Reed, and Nicole Nelson. Rodgers' claims are dismissed with prejudice.

DATED this 13th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE